**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:

**Cyclone Cattle, L.L.C.**                         Case No. **18-00858-als11**

       Debtor(s)

                                        Adversary No. **18-30064-als**

**Cyclone Cattle, L.L.C.**

       Plaintiff(s)

vs.

**Aaron A. Vorthmann, Teri S. Vorthmann and**
**Vorthmann Legacy Farms, LLC**

       Defendant(s)

**Notice and Order Regarding Telephonic Hearing on:**
**STATUS CONFERENCE Re: Complaint (#1), Objections (#2, #3, #4) and Motion for Order Authorizing Mediation (#14)**
(date entered on docket: January 4, 2019)

To: **Jeffrey D. Goetz,** Attorney for Plaintiff, Cyclone Cattle, L.L.C.
    **William C. Bracker,** Attorney for Defendants, Aaron A. Vorthmann, Teri S. Vorthmann and Vorthmann Legacy Farms, LLC

**YOU ARE HEREBY NOTIFIED that the Court will conduct a telephonic hearing on January 14, 2019. Participants should be prepared to dial into the conference call at 1:30 p.m. CST.**

    **Time allotted for Hearing: 1 Hour**
    **Conference call number: (888) 431-3632**
    **Access Code: 6818086**

**Deadlines**

    **IT IS HEREBY ORDERED:**

1. **Objections**, if no bar date preceded this motion, are due on or before **N/A**.
2. **Exhibits**, if any, shall be exchanged and submitted by **N/A**. Exhibit list(s) must be filed with the Clerk of Court by the same date.
   - **Exhibits must be in pdf format. Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at als_exhibits@iasb.uscourts.gov.**
   - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
   - Plaintiff(s) shall use consecutive numbers; Defendant(s) shall use consecutive letters. If a matter involves multiple parties, self-explanatory acronyms should be used in addition to numbers or letters.
   - The exhibits submitted to the Clerk's Office will be identified, stored and utilized to designate the official record.
3. **Briefs** due on or before **N/A**.

**Scheduling/Continuances**

**If no objection is filed by the date indicated above, the court may enter an order on the uncontested matter and cancel the hearing.**

The parties shall promptly advise the judge's chambers at **515-284-6118** of any resolution or change in attorney handling the hearing.

An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.

**Questions Regarding this Order**

    Contact Jan Kirschman, Courtroom Deputy, 515-323-2836, jmk@iasb.uscourts.gov or
    Allie Quinn, Law Clerk, 515-284-6234, acq@iasb.uscourts.gov

                                                                    /s/ Anita L. Shodeen
                                                                    Anita L. Shodeen
                                                                    U.S. Bankruptcy Judge